UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br> v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-11334-FLA (KLSx)<br><br>**ORDER GRANTING REQUEST TO VACATE SCHEDULING CONFERENCE [DKT. 27]**<br><br>Scheduling Conference:<br>December 3, 2021 at 1:00 PM |

1

On November 19, 2021, the parties filed a Joint Report pursuant to Fed. R. Civ. P. 26(f) and stipulation (the "Report"), Dkt 27, requesting the court vacate the scheduling conference currently scheduled for December 3, 2021, at 1:00 p.m. and, in lieu of a scheduling order, require the parties to submit a Joint Status Report on or before January 31, 2022 to update the court on the progress of settlement negotiations.

Having reviewed the Report and finding good cause therefor, the court GRANTS the parties' request, VACATES the December 3, 2021 Scheduling Conference, and ORDERS the parties to file a Joint Status Report on the progress of settlement negotiations on January 31, 2022. The Joint Status Report must include detailed facts sufficient to demonstrate diligence. The parties need not submit a proposed litigation schedule at this time.

IT IS SO ORDERED.

Dated: November 30, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge