**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and LOS PADRES FORESTWATCH,<br><br>             Plaintiffs,<br>     v.<br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>             Defendants. | Case No. 2:20-cv-11334- FWS-KS<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [42]** |

   The court has before it the Parties' Joint Stipulation to Dismiss Case (the "Stipulation") [42].  Having reviewed and considered the Stipulation, and for good cause shown, the court **ORDERS** the following:

   1.   The Plaintiffs' First, Second and Third Claims for Relief are hereby **DISMISSED WITH PREJUDICE**;

   2.   The Plaintiffs' Fourth Clam for Relief is hereby **DISMISSED WITHOUT PREJUDICE**;

   3.   The Parties' Settlement Agreement, filed in Docket Entry 42-1, is hereby incorporated into this Order by this reference; and

*1*

4. The court shall retain jurisdiction over this case to oversee compliance with the terms in Paragraphs 2 through 6 of the attached Settlement Agreement, subject to the limitations described in Paragraphs 6 and 9, and to resolve any motions to modify such terms. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

**IT IS SO ORDERED**.

Dated: August 15, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE